# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA WALDMAN, ET AL | CIVIL ACTION NO. 04-2154 |
| VERSUS | JUDGE DONALD E. WALTER |
| ATLANTIC-HEDYT CORP., ET AL. | MAGISTRATE JUDGE MANN |

## ORDER OF DISMISSAL

The parties having filed a Stipulation of Dismissal and a Stipulation of Discontinuance thereby notifying the Court that all claims in the above-captioned matter are settled, **IT IS ORDERED** that this matter be and is hereby **DISMISSED.**

**The Clerk is now requested to close this case.** Any motion that may be pending in this case is hereby denied as moot.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this the 14th day of August, 2007.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE